193 So. 886
**Edgar FANNING v. R. P. BRUCE.**
3 Div. 828.

Court of Appeals of Alabama.
Jan. 9, 1940.

John C. Walters, of Troy, for appellant.
Hill, Hill, Whiting & Rives, of Montgomery, for appellee.

SAMFORD, Judge.
Appeal dismissed on motion of appellant.

193 So. 886
**John FANT v. TOWN OF OXFORD.**
7 Div. 509.

Court of Appeals of Alabama.
Jan. 16, 1940.

RICE, Judge.
Affirmed.

195 So. 907
**Walter FARLEY v. STATE.**
8 Div. 760.

Court of Appeals of Alabama.
Jan. 30, 1940.

Rehearing Denied Feb. 27, 1940.

Thos. C. Pettus, of Moulton, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

199 So. 909
**John FENN v. STATE.**
4 Div. 628.

Court of Appeals of Alabama.
Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

192 So. 913
**Oscar FLOYD v. STATE.**
5 Div. 72.

Court of Appeals of Alabama.
Nov. 28, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

198 So. 875
**John J. FOWLER v. E. C. KINNEY.**
6 Div. 531.

Court of Appeals of Alabama.
June 18, 1940.

Rehearing Denied June 29, 1940.

Hubert E. Mitchell and James & Stewart, all of Cullman, for appellant.
Earney Bland, of Cullman, and S. A. Lynne, of Decatur, for appellee.

RICE, Judge.
Affirmed.